

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Fraccionadora y Urbanizadora de Juarez, S.A. de C.V., Inmobiliaria y Constructor Berza, S.A. de C.V., Aeroservicios de Viaje, S.A. de C.V., Abba-Farma, S.A. de C.V. and Juan Carlos Bermudez Espinosa,<br><br>Appellants/Cross-Appellees,<br>v.<br><br>Claudia Patricia Zaragoza Delgado,<br><br>Appellee/Cross-Appellant. | § § § § § § § § § | No. 08-16-00046-CV<br><br>Appeal from the<br><br>388th District Court<br><br>of El Paso County, Texas<br><br>(TC# 2013DCM2366) |

# **O R D E R**

The Court DENIES the motion for continuance of the October 12, 2017 submission and oral argument setting filed by Appellants, Fraccionadora y Urbanizadora de Juarez, S.A. de C.V., Inmobiliaria y Constructor Berza, S.A. de C.V., Aeroservicios de Viaje, S.A. de C.V., and Abba-Farma, S.A. de C.V.

Further, the submission and oral argument setting is currently scheduled for October 12, 2017 at 9:00 a.m. in the Courtroom of the Eighth Court of Appeals. All of the parties remain scheduled to appear for oral argument. In the event that Appellants, Fraccionadora y Urbanizadora de Juarez, S.A. de C.V., Inmobiliaria y Constructor Berza, S.A. de C.V., Aeroservicios de Viaje, S.A. de C.V., and Abba-Farma, S.A. de C.V., are unavailable to appear for oral argument, the Court will consider the merits of these parties' appeal on the basis of their briefs, but the Court expects all other parties to participate in oral argument.

IT IS SO ORDERED this 11th day of October, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.